# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

MARY ELIZABETH SMITH, individually and as
co-trustee of the CREDIT SHELTER TRUST created under the
Fourth Amendment of the S.J. CANTOLINO REVOCABLE TRUST u/a/d
December 3, 1993,

Petitioner,

v.

LORIANNE J. WOLF, individually, and as co-trustee of the
Third Amendment and Restatement of the MARIE P. CANTOLINO
REVOCABLE TRUST u/a/d December 3, 1993, and as co-trustee of the
CREDIT SHELTER TRUST created under the Third Amendment of the
S.J. CANTOLINO REVOCABLE TRUST u/a/d December 3, 1993,

Respondent.

No. 2D2025-0408

———————————————

October 29, 2025

Petition for Writ of Certiorari to the Circuit Court for Manatee County;
Edward Nicholas, Judge.

Keith S. Kromash of Nash & Kromash, LLP, Melbourne, for Petitioner.

Richard W. Ervin, IV, and J. Ronald Denman of Bleakley Bavol Denman
& Grace, Tampa, for Respondent.

PER CURIAM.

Dismissed.

LUCAS, C.J., and MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.